The United States Court of Appeals for the Eleventh Circuit,996 F.2d 1164, has certified the following question to this Court (we have slightly modified the question):
 "Does contributory negligence bar recovery in an [Alabama Extended Manufacturer's Liability Doctrine ("AEMLD")] case if a proximate cause of the accident was the unreasonably dangerous condition of the product, but a contributing proximate cause of the accident was the plaintiff's failure to use reasonable care [in using the product]?"
We answer the certified question in the affirmative. SeeGeneral Motors Corp. v. Saint, 646 So.2d 564 (Ala. 1994).
QUESTION ANSWERED.
MADDOX, ALMON, SHORES and STEAGALL, JJ., concur.
HORNSBY, C.J., concurs in part and dissents in part.
KENNEDY, INGRAM and COOK, JJ., dissent.